# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Estate of Jada Johnson et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00180 |
| City of Fayetteville et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Estate of Jada Johnson, L.J., Richard Iwanski, and Maria Iwanski.

Date: 04/07/2023

*/S/ Carnell Johnson*
*Attorney's signature*

Carnell T. Johnson, North Carolina 38737
*Printed name and bar number*

Johnson & Nicholson, PLLC
5806 Monroe Rd, Ste. 102
Charlotte, NC 28212
*Address*

cj@johnnichlaw.com
*E-mail address*

704-375-1911
*Telephone number*

704-375-1919
*FAX number*