IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-cv-180-D-RN

| | |
|---|---|
| ESTATE OF JADA JOHNSON, L.J., the minor daughter of Jada Johnson, RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., and MARIA IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., <br>                     Plaintiffs, <br> v. <br> CITY OF FAYETTEVILLE, SERGEANT TIMOTHY RUGG, individually, OFFICER ZACHARIUS BOROM, individually, JOHN AND JANE DOE'S 1-100, City of Fayetteville employees and police officers, <br>                     Defendants. | **ORDER** |

This matter coming before the Court on the Defendant City of Fayetteville's Motion to Stay [DE 31] pursuant to Rule 26(c) of the Federal Rules of Civil Procedure;

And the Court finding that there are good grounds for the stay and that the Defendant's Motion should be granted;

The Court GRANTS the Defendant's Motion to Stay Discovery [DE 31] and discovery shall be stayed until the Court rules on the Defendant's pending Motion to Dismiss the Plaintiff's Amended [DE 29].

SO ORDERED. This the __2__ day of August, 2023.

                                                                                      JAMES C. DEVER, III
                                                                                      United States District Court