UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Western Division)

| | |
|---|---|
| ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson; RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J.; and MARIA IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., <br><br> Plaintiffs, <br><br> v. <br><br> SERGEANT TIMOTHY RUGG individually; OFFICER ZACHARIUS BOROM, individually; and JOHN AND JANE DOE'S 1-100, City of Fayetteville employees and police officers, <br><br> Defendants. | Civil Action No. 5:23-cv-180-D-RN <br><br> Judge: Hon. James C. Dever, III |

## ORDER
## PLAINTIFFS' JOINT MOTION FOR
## DISCOVERY ORDER & CONSENT PROTECTIVE ORDER

Having considered Plaintiffs' Joint Motion for Discovery Order & Consent Protective Order, it is **HEREBY ORDERED** that:

I. The parties' Joint Motion for Discovery Order is **GRANTED**, wherefore **Child Advocacy Center, located at 222 Rowan St, Fayetteville, North Carolina 28301, SHALL SERVE ON PLAINTIFFS' COUNSEL L.J.'S MENTAL HEALTH RECORDS FROM JULY 1, 2022, TO PRESENT**; and

II. The parties' Joint Motion for Consent Protective Order is **GRANTED**, safeguarding the aforementioned records.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge