| | |
|---|---|
| ESTATE OF JADA JOHNSON; L.J., the minor daughter of Jada Johnson; RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J.; and MARIA IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., <br><br> Plaintiffs, <br><br> v. <br><br> SERGEANT TIMOTHY RUGG individually; OFFICER ZACHARIUS BOROM, individually; and JOHN AND JANE DOE'S 1-100, City of Fayetteville employees and police officers, <br><br> Defendants. | Civil Action No. 5:23-cv-180-D-RN <br><br> Judge: Hon. James C. Dever, III <br><br><br> **<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>** |

**COME NOW**, Plaintiffs Estate of Jada Johnson; L.J.; Richard Iwanski, individually, as executor of the Estate of Jada Johnson and guardian of L.J; and Maria Iwanski, individually, as executor of the Estate of Jada Johnson and guardian of L.J., by and through undersigned Counsel, and hereby submit this MOTION FOR PARTIAL SUMMARY JUDGMENT, requesting that this Court ORDER PARTIAL SUMMARY JUDGMENT against Defendants on Counts One and Six of Plaintiffs' First Amended Complaint [DE 26], pursuant to F.R. Civ. Pro. 56, as there are no genuine issues of material fact, entitling Plaintiffs to judgment as a matter of law on those claims.

Specifically, Plaintiffs are entitled to judgment as a matter of law on the following grounds:

I.  Plaintiffs' § 1983 claim for excessive force should be granted as a matter of law, because the officers used excessive force when they shot and killed Jada Johnson; and

II.  Plaintiffs' state law tort claim for negligent execution of official duties should be granted as a matter of law, because the officers' negligent conduct caused Jada Johnson's death.

In support of this Motion, Plaintiffs rely on Plainitffs' Local Civil Rule 56.1 Statement of Material Facts; Plaintiffis' Appendix to Local Civil Rule 56.1 Statement of Material Facts, with the attached exhibits and deposition testimony; and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment.

**WHEREFORE,** based on the foregoing, the parties request that this Court GRANT Plaintiffs' Motion for Partial Summary Judgment and, pursuant to F.R. Civ. Pro. 56, ORDER:

I. Judgment in favor of Plaintiffs for Count One of Plaintiffs' First Amended Complaint; and

III. Judgment in favor of Plaintiffs for Count Six of Plaintiffs' First Amended Complaint.

DATED, this 23rd day of May, 2025.

JOHNSON & NICHOLSON, PLLC

/s/ Xavier Torres de Janon
Xavier T. de Janon
Attorney for Plaintiff
N.C. Bar #58803
Johnson & Nicholson, PLLC
5806 Monroe Road, Suite #102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: xdj@johnnichlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR PARTIAL SUMMARY JUDGMENT was filed and served on all the parties via the CM/ECF system and/or email to Counsel of Record as set out below:

**DEFENDANT TIMOTHY RUGG'S ATTORNEYS:**

Clay Allen Collier
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway, Suite 200
Wilmington, North Carolina 28403
Tel.: (910) 762-9711
Email: clayc@cmclawfirm.com

John Edward Ryan, III
Ryan Legal Services, LLP
508 West Main Street
PO Box 569
Mount Olive, North Carolina 28365
Tel.: 919-706-0390
Email: john@ryanlegalservice.com

**DEFENDANT ZACHARIUS BOROM'S ATTORNEYS:**

James C. Thornton
Cranfill Sumner, LLP
Post Office Box 27808
Raleigh, North Carolina 27611
Tel.: (919) 828-5100
Email: jthornton@cshlaw.com

J. Heydt Philbeck
Bailey & Dixon, LLP
Post Office Box 1351
434 Fayetteville Street, Suite 2500
Raleigh, North Carolina 27602-1351
Tel.: (919) 828-0731
Email: hphilbeck@bdixon.com

DATED, this 23rd day of May, 2025.

JOHNSON & NICHOLSON, PLLC

/s/ Xavier Torres de Janon
Xavier T. de Janon
Attorney for Plaintiff
N.C. Bar #58803
Johnson & Nicholson, PLLC
5806 Monroe Road, Suite #102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: xdj@johnnichlaw.com