IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-180-D-RN

ESTATE OF JADA JOHNSON, L.J., the minor )
daughter of Jada Johnson, RICHARD )
IWANSKI, individually, as executor of the )
Estate of Jada Johnson and guardian of L.J., and )
MARIA IWANSKI, individually, as executor of )
the Estate of Jada Johnson and guardian of L.J., )
                                                                     )
                            Plaintiffs, )
                                                                     )        **DEFENDANT BOROM'S MOTION FOR**
v.                                                              )                     **SUMMARY JUDGMENT**
                                                                     )
SERGEANT TIMOTHY RUGG, individually, )
OFFICER ZACHARIUS BOROM, individually, )
JOHN AND JANE DOE'S 1-100, City of )
Fayetteville employees and police officers, )
                                                                    )
                            Defendants. )

      Defendant Officer Zacharius Borom in his individual capacity hereby moves this Court for an Order entering summary judgment in his favor on all claims pursuant to Rule 56 of the Federal Rules of Civil Procedure, as there are no genuine issues of material fact and Defendant Borom is entitled to judgment as a matter of law. Specifically, Defendant is entitled to judgment as a matter of law on the following grounds:

      1.      Plaintiffs' § 1983 excessive force claim should be dismissed as Officer Borom did not use excessive force under the circumstances.

      2.      Qualified immunity bars plaintiffs' § 1983 claim against Officer Borom in his individual capacity.

      3.      Plaintiffs' wrongful death negligence, survivorship, assault, battery and emotional distress claims against Officer Borom should be dismissed.

      4.      Plaintiffs' negligence claim against Officer Borom for failure to comply with his duties should be dismissed.

5. Plaintiffs' state law negligence claims are barred by Johnson's contributory negligence.

6. Plaintiffs' state law claims against Officer Borom in his individual capacity are barred by public official immunity.

In support of this motion, Defendant Borom relies on the concurrently filed Local Civil Rule 56.1 Statement of Material Facts, Appendix to Local Civil Rule 56.1 Statement of Material Facts with the attached deposition testimony, and exhibits, including videos, and the concurrently filed Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

WHEREFORE, Defendant Borom prays that Plaintiffs' claims be dismissed *with prejudice* and that summary judgment be granted in Defendant's favor on these claims pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This the 7th day of July 2025.

BY: /s/ James C. Thornton
James C. Thornton
Cranfill Sumner LLP
Post Office Box 27808
Raleigh, North Carolina 27611
Telephone (919) 828-5100
E-mail: jthornton@cshlaw.com
*Attorney for Defendant Borom*

/s/ J. Heydt Philbeck
J. Heydt Philbeck
Bailey & Dixon LLP
P.O. Box 1351
Raliegh, NC 27602
Telephone: 919-828-0731
Email: hphilbeck@bdixon.com
*Attorney for Defendant Borom*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day filed and served the attached *Motion for Summary Judgment* on counsel of record via the CM/ECF system to as set out below:

Xavier Torres de Janon
E-mail: xdj@johnnichlaw.com
Johnson & Nicholson
5806 Monroe Road, Suite 102
Charlotte, NC 28212
*Attorneys for Plaintiff*

Carnell Johnson
E-mail: cj@johnnichlaw.com
Johnson & Nicholson, PLLC
5701 Executive Center Drive, Suite 415
Charlotte, NC 28212
*Attorneys for Plaintiff*

J. Heydt Philbeck
434 Fayetteville Street, Suite 2500
Raleigh, NC 27601
E-mail: hphilbeck@bdixon.com
*Attorneys for Defendant Zacharius Borom*

Clay Collier
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: clayc@cmclawfirm.com
*Attorneys for Defendant Timothy Rugg*

John E. Ryan, III
Ryan Legal Services
508 West Main Street
Mount Olive, NC 28365
E-mail: john@ryanlegalservice.com
*Attorney for Defendant Timothy Rugg*

This the 7th day of July 2025.

                CRANFILL SUMNER LLP

BY:   /s/ James C. Thornton
        JAMES C. THORNTON
        N.C. State Bar No. 16859
        E-mail: jthornton@cshlaw.com
        Post Office Box 27808
        Raleigh, North Carolina 27611
        Telephone (919) 828-5100
        *Attorneys for Defendant Borom*