IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-180-D-RN

ESTATE OF JADA JOHNSON, L.L.,
the minor daughter of Jada Johnson,
RICHARD IWANSKI, individually, as
Executor of the Estate of Jada Johnson
and guardian of L.J., and MARIA
IWANSKI, individually, as executor
of the Estate of Jada Johnson and
guardian of L.J.

                Plaintiffs,

    v.

SERGEANT TIMOTHY RUGG,
individually, OFFICER ZACHARIUS
BOROM, individually, JOHN AND
JANE DOES 1-100, City of
Fayetteville employees and police
officers,

                Defendants.

**SERGEANT RUGG'S STATEMENT IN RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS**

NOW COMES Sergeant Timothy Rugg ("Sergeant Rugg"), in his individual capacity, by and through the undersigned counsel, responding to the Plaintiffs' statement of material facts in support of their motion for partial summary judgment [DE 82] as required by Local Rule 56.1(a)(2)

1. Not disputed
2. Not disputed
3. Disputed as incomplete and therefore inaccurate
4. Disputed as incomplete and therefore inaccurate
5. Disputed as both an incomplete statement of the referenced policy and an inaccurate description of how it is utilized by the FPD and its officers
6. Not disputed

7. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

8. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

9. Not disputed

10. Not disputed

11. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

12. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

13. Not disputed

14. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

15. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

16. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

17. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in Support of Officer Borom's Motion for Summary Judgment

18. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

19. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Material Facts filed in support of Officer Borom's Motion for Summary Judgment

20. Not disputed

21. Not disputed

22. Not disputed

23. Not disputed

24. Not disputed

25. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Material Facts filed in support of Officer Borom's Motion for Summary Judgment
26. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Material Facts filed in support of Officer Borom's Motion for Summary Judgment
27. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Material Facts filed in support of Officer Borom's Motion for Summary Judgment
28. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Material Facts filed in support of Officer Borom's Motion for Summary Judgment
29. Not disputed
30. Not disputed
31. Not
32. Disputed, see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
33. Not disputed
34. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
35. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
36. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
37. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
38. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
39. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
40. Not disputed

41. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
42. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
43. Disputed; see the Statement of Undisputed facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
44. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
45. Not disputed
46. Not disputed
47. Not disputed
48. Not disputed
49. Not disputed
50. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
51. Not disputed
52. Not disputed
53. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
54. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
55. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
56. Not disputed
57. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
58. Not disputed
59. Not disputed
60. Not disputed

61. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
62. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
63. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
64. Not disputed
65. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
66. Not disputed
67. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
68. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
69. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
70. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
71. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
72. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
73. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
74. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

75. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
76. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
77. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
78. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
79. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
80. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
81. Not Disputed
82. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
83. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
84. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
85. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
86. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment
87. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

88. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

89. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

90. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

91. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

92. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

93. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

94. Not disputed

95. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

96. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

97. Not Disputed

98. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

99. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

100. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

101. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

102. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

103. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

104. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

105. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

106. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

107. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

108. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

109. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

110. Disputed; see the Statement of Undisputed Facts filed in support of Sergeant Rugg's Motion for Summary Judgment and the Statement of Undisputed Facts filed in support of Officer Borom's Motion for Summary Judgment

Respectfully submitted, this the 7th day of July, 2025

CROSSLEY McINTOSH COLLIER HANLEY & EDES, PLLC

*/s/Clay Allen Collier*
Clay Allen Collier
N.C. State Bar No. 13266
5002 Randall Parkway Ste 200
Wilmington, NC 28403

T: (910) 762-9711
F: (910) 256-0310
clayc@cmclawfirm.com

RYAN LEGAL SERVICES, PLLC


John Edward Ryan, III, Esq.
N.C. State Bar No. 56014
PO Box 569
Mount Olive, NC 28365
john@ryanlegalservice.com

*Attorneys for Sergeant Timothy Rugg*

# CERTIFICATE OF SERVICE

I hereby certify that Response in Opposition to Plaintiffs' Motion for Summary Judgment was filed and served on all parties via the CM/ECF system to counsel of record as set out below:

Carnell Johnson, Esq.
Xavier Torres de Janon, Esq.
Johnson & Nicholson, PLLC
5806 Monroe Rd. Ste 102
Charlotte, NC 28212
xdj@johnnichlaw.com
cj@johnnichlaw.com
*Attorneys for Plaintiffs*

James C. Thornton, Esq.
P.O. Box 27808
Raleigh, North Carolina 27611
jthornton@cshlaw.com

J. Heydt Philbeck, Esq.
P.O. Box 1351
Raleigh, NC 27602-1351
hphilbeck@bdixon.com

*Attorneys for Officer Zacharius Borom*

This the 7th day of July, 2025.

*Clay Allen Collier*
Clay Allen Collier