# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| ESTATE OF JADA JOHNSON, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00180 |
| SERGEANT TIMOTHY RUGG, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Officer Zacharius Borom.

Date: 10/01/2025

/s/ Ashley V. Stocum
*Attorney's signature*

Ashley V. Stocum (#61868)
*Printed name and bar number*

Bailey & Dixon, LLP
434 Fayetteville Street, Suite 2500
Raleigh, North Carolina 27601

*Address*

astocum@bdixon.com
*E-mail address*

(919) 828-0731
*Telephone number*

(919) 828-6592
*FAX number*