UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| L.J., the minor daughter of Jada Johnson, RICHARD IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J., and MARIA IWANSKI, individually, as executor of the Estate of Jada Johnson and guardian of L.J.,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF FAYETTEVILLE, SERGEANT TIMOTHY RUGG individually, OFFICER ZACHARIUS BOROM, individually, and JOHN AND JANE DOE'S 1-100, City of Fayetteville employees and police officers,<br><br>              Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-180-BO-RN** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, on December 1, 2023, the Court granted defendant City of Fayetteville's motion to dismiss, plaintiffs' claims against the City of Fayetteville were dismissed, and dismissed City of Fayetteville as a defendant.

IF IS FURTHER ORDERED, AND DECREED that plaintiffs' motion for partial summary judgment [DE 78] is DENIED. Defendants' motions for summary judgment [DE 87], [DE 96] are GRANTED. Plaintiffs' motions to seal [DE 83], [DE 110], [DE 116] are DENIED WITHOUT PREJUDICE. Defendants' motions to seal [DE 92], [DE 104] are GRANTED IN PART as to the SBI file and otherwise DENIED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on November 25, 2025, and Copies To:**

| | |
|---|---|
| Xavier Torres de Janon | (via CM/ECF electronic notification) |
| Carnell T. Johnson | (via CM/ECF electronic notification) |
| James C. Thornton | (via CM/ECF electronic notification) |

| | |
|---|---|
| Clay Allen Collier | (via CM/ECF electronic notification) |
| John Edward Ryan, III | (via CM/ECF electronic notification) |

DATE:  
November 25, 2025

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk